UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WALTER OLIN JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, a government entity; SCOTT JONES, individually; TOM ANDRIS, individually; UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM; and DOES 1 through 50, inclusive, individually, jointly, and severally,<br><br>　　　　　Defendant. | Case No. 2:15-CV-00680-AC P (TEMP)<br><br>**STIPULATION TO DISMISS THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND ORDER**<br><br>Judge:　Hon. Dale A. Drozd<br>Date:　October 2, 2015<br>Time:　10:00 a.m.<br>Crtrm.:　27<br><br>Complaint filed: 3/25/15<br>Trial Date:　　Not Yet Set |

　　　　On March 25, 2015, plaintiff Walter Olin Jones filed suit against the University of California Davis Health System under 42 U.S.C. section 1983 alleging violation of his civil rights guaranteed by the 8th Amendment to the United States Constitution.

　　　　On August 19, 2015, the Regents of the University of California (Regents), sued and served herein as the University of California Davis Health System, filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction (FRCP 12(b)(1)) as well as a Motion to Dismiss for Failure to State Claims Upon Which Relief Could be Granted (FRCP 12(b)(6)).

　　　　Plaintiff, after receiving and reviewing the authority cited therein, agreed with the position taken by defendant Regents and on October 2, 2015 filed a Notice of Non-Opposition to the Regent's Motions.

Defendant County of Sacramento similarly filed a Notice of Non-Opposition to the Regent's motion on September 16, 2015.

Given the parties' agreement that the Motions to Dismiss filed by defendant Regents are well taken, IT IS HEREBY STIPULATED by and between plaintiff Walter Olin Jones and defendant Regents of the University of California, that the Regents of the University of California shall be dismissed from this action, with prejudice.

DATED: November 20, 2015   Respectfully submitted,

LAW OFFICES OF PETER J. BOLDIN

By:   //PETER J. BOLDIN
PETER J. BOLDIN
Attorneys for Plaintiff
WALTER OLIN JONES

DATED: November 20, 2015   Respectfully submitted,

LONGYEAR, O'DEA & LAVRA, LLP

By:   //VAN LONGYEAR
VAN LONGYEAR
Attorneys for Defendant
COUNTY OF SACRAMENTO; SCOTT JONES, and TOM ANDRIS

DATED: November 20, 2015   Respectfully submitted,

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By:   //NEAL C. LUTTERMAN
NEAL C. LUTTERMAN
Attorneys for Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA sued and served herein as UNIVERSITY OF CALIFORNIA DAVIS HEALTH SYSTEM

**ORDER OF DISMISSAL**

Based upon the foregoing Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA is dismissed with prejudice.

DATED: December 2, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE