UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER OLIN JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO et al.,<br><br>    Defendants. | No. 2:15-cv-0680 AC P (TEMP)<br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.

On January 12, 2016, counsel on behalf of plaintiff filed a motion to amend the complaint, together with a proposed first amended complaint. According to the motion, counsel has learned the true identity of six of the defendants identified as Doe Defendants in the original complaint. Counsel on behalf of defendants Andris, Jones, and County of Sacramento have filed a statement of non-opposition to plaintiff's motion to amend.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, and good cause appearing, the court will grant plaintiff's motion to amend and vacate the motion hearing set in this matter for February 17, 2016. The court will also direct the Clerk of the Court to file plaintiff's first amended complaint as a separate docket entry and issue plaintiff's counsel the appropriate number of summonses for purposes of service of process. See Federal Rule of Civil Procedure 4.

1

1    Plaintiff shall complete service of process in accordance with Federal Rule of Civil
2  Procedure 4 within sixty days of the date of this order.  Plaintiff shall serve a copy of this order on
3  each new defendant together with a summons and a copy of the amended complaint.
4    Within 120 days from the date of this order, plaintiff and defendants shall each submit to
5  the court and serve by mail on all other parties the following status report:
6    1.  Whether this matter is ready for trial and, if not, why not;
7    2.  Whether additional discovery is deemed necessary.  If further discovery is deemed
8  necessary, the party desiring it shall state the nature and scope of the discovery and provide an
9  estimate of the time needed in which to complete it;
10    3.  Whether a pretrial motion is contemplated.  If any such motion is contemplated, the
11  party intending to file it shall describe the type of motion and shall state the time needed to file
12  the motion and to complete the time schedule set forth in Local Rule 230(l);
13    4.  A narrative statement of the facts that will be offered by oral or documentary evidence
14  at trial;
15    5.  A list of all exhibits to be offered into evidence at the trial of the case;
16    6.  A list of the names and addresses of all witnesses the party intends to call;
17    7.  A summary of the anticipated testimony of any witnesses who are presently
18  incarcerated;
19    8.  The time estimated for trial;
20    9.  Whether either party still requests trial by jury; and
21    10.  Any other matter, not covered above, which the party desires to call to the attention of
22  the court.
23    In addition, plaintiff shall inform the court in his status report of the date and manner of
24  service of process.
25    The parties are informed that they may, if all consent, have this case tried by a United
26  States Magistrate Judge while preserving their right to appeal to the Circuit Court of Appeals.  An
27  appropriate form for consent to trial by a magistrate judge is attached.  Any party choosing to
28  consent may complete the form and return it to the clerk of this court.  Neither the

magistrate judge nor the district judge handling the case will be notified of the filing of a consent form unless all parties to the action have consented.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend the complaint (Doc. No. 21) is granted.

2. The motion hearing set in this matter for February 17, 2016, is vacated.

3. The Clerk of the Court is directed file plaintiff's amended complaint as a separate docket entry and issue plaintiff six summonses for defendants Richard Bauer, Sharon Wang, Grant Nugent, Robert Padilla, Robert Allen, and Stuart Cohen.  The Clerk shall also send plaintiff six copies of the form "Consent to Proceed Before United States Magistrate Judge" with this order.

4. Plaintiff shall complete service of process on the defendants within sixty days from the date of this order.  Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on each new defendant at the time the summons and amended complaint are served.

5. Defendants shall reply to the complaint within the time provided in Fed. R. Civ. P. 12(a).

6. Plaintiff's status report shall be filed within ninety days from the date of this order. Defendants' status report shall be filed within thirty days thereafter.  The parties are advised that failure to file a status report in accordance with this order may result in the imposition of sanctions, including dismissal of the action and preclusion of issues or witnesses.

7. Unsigned affidavits or declarations will be stricken, and affidavits or declarations not signed under penalty of perjury have no evidentiary value.

DATED: February 16, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE