UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER OLIN JONES, | No. 2:15-cv-0680 AC P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action seeking relief under 42 U.S.C. § 1983.  On April 6, 2016, this matter came before the court on a motion to dismiss brought on behalf of defendants Dr. Cohen and Dr. Allen.  At the hearing, the parties informed the court that they had agreed to dismiss defendants Allen and Cohen without prejudice and to withdraw the pending motion to dismiss.  The parties have since filed a stipulation to that effect.

Pursuant to the stipulation and for the reasons stated on the record, IT IS HEREBY ORDERED that:

1. Defendants Dr. Cohen and Dr. Allen are dismissed without prejudice; and
2. Defendants' motion to dismiss (ECF No. 36) is deemed withdrawn.

DATED: April 30, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE