UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER OLIN JONES,<br><br>          Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>          Defendant. | No.  2:15-cv-0680 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action under 42 U.S.C. § 1983.  In May and June, the parties filed status reports.  Since then, on August 18, 2016, defendants filed an answer to the complaint.

Within thirty days of the date of this order, the parties shall file updated status reports. See June 2, 2015 Order (ECF No. 3); Fed. R. Civ. P. 26(f); E.D. Cal. R. 240.

IT IS SO ORDERED.

Dated:  November 14, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/Jone0680.sts

1