| | |
|---|---|
| 1 | LONGYEAR, O'DEA & LAVRA, LLP |
| 2 | Van Longyear, CSB No. 84189<br>Peter C. Zilaff, CSB No. 272658 |
| 3 | 3620 American River Drive, Suite 230<br>Sacramento, CA 95864 |
| 4 | Phone: (916) 974-8500<br>Facsimile: (916) 974-8510 |
| 5 | Attorneys for Defendants, COUNTY OF SACRAMENTO,<br>SCOTT JONES, TOM ANDRIS and RICHARD BAUER |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER OLIN JONES, | ) | Case No. 2:15-CV-00680 TLN DB |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF AS TO** |
| vs. | ) ) | **DEPOSITION OF PLAINTIFF ONLY** |
| COUNTY OF SACRAMENTO, a government entity; SCOTT JONES, individually; TOM ANDRIS, individually; RICHARD BAUER, individually; SHARON WANG, individually; GRANT NUGENT, individually; ROBERT PADILLA, individually; ROBERT ALLEN, individually; STUART COHEN, individually; and DOES 7 through 50, inclusive, individually, jointly, and severally,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Discovery Cut-Off: July 21, 2017<br>PTC: August 17, 2018<br>Trial Date: October 15, 2018 |

This Stipulation is entered into by and between plaintiff, WALTER OLIN JONES, by and through his counsel Peter J. Boldin and Isaac Choy, Jr. and defendants, COUNTY OF SACRAMENTO, SCOTT JONES, TOM ANDRIS and RICHARD BAUER by and through their counsel, Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

The parties to this action hereby stipulate, by and through their respective undersigned counsel of record to extend the current discovery cut-off date of July 21, 2017 to August 31, 2017 for purposes of taking deposition of plaintiff only.

///

Dated: July 5, 2017                                    LONGYEAR, O'DEA & LAVRA, LLP

                                                       By: /s/ Peter C. Zilaff
                                                           VAN LONGYEAR
                                                           PETER C. ZILAFF
                                                           Attorneys for Defendants
                                                           COUNTY OF SACRAMENTO,
                                                           SCOTT JONES and TOM ANDRIS

Dated: July 5, 2017

                                                       By: /s/ Peter J. Boldin
                                                           PETER J. BOLDIN
                                                           ISAAC W. CHOY, JR.
                                                           Attorneys for Plaintiff, WALTER OLIN
                                                           JONES

**IT IS SO ORDERED.**

DATED:   July 6, 2017

                                                       /s/   DEBORAH BARNES
                                                       UNITED STATES MAGISTRATE JUDGE

```
DLB:9
DLB1/prisoner civil rights/jone0680.disco eot
```