UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER OLIN JONES, | No. 2:15-cv-0680 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On November 22, 2017, defendants filed a "Notice of Settlement" in which they state that the parties have settled this matter in its entirety. However, the document is signed by only counsel for defendants. A stipulation to dismiss the case must be signed by all parties. See Fed. R. Civ. P. 41(a)(1)(A). In the alternative, plaintiff may request a court order dismissing the action under Rule 41(a)(2).

Accordingly, the court will disregard the Notice of Settlement filed on November 22, 2017.

Dated: November 28, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/jone0680.sett notice

1