UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER OLIN JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0680 TLN DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On March 5, 2018, defendants filed a motion to enforce a settlement agreement in this case. (ECF No. 65.) Shortly thereafter, plaintiff filed a proposed substitution of attorneys, substituting himself in pro per for his counsel. (ECF No. 66.) The court approved that substitution by order filed April 3, 2018. (ECF No. 67.)

　　　　Defendants' motion is currently set for hearing on May 18, 2018. However, motions in cases in which one party is incarcerated and proceeding pro se are submitted on the record without oral argument. See E.D. Cal. R. 230(l). Accordingly, the court will take the May 18 hearing off calendar and order plaintiff to respond to the motion within thirty days.

　　　　For the foregoing reasons, IT IS HEREBY ORDERED as follows:

　　　　1.  The hearing on defendants' motion to enforce settlement is removed from the court's May 18, 2018 calendar.

1

2. Within thirty days of the filed date of this order, plaintiff shall file a response to defendants' motion to enforce settlement. Defendants may file a reply within ten days of service of plaintiff's response.

Dated: April 6, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/jone0680.sett mot oppo