UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER OLIN JONES, | No. 2:15-cv-0680 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file and serve a response to defendants' March 5, 2018 motion to enforce settlement. Pursuant to the court's April 6, 2018 order, plaintiff's response was due by May 6, 2018. (ECF No. 68.) Plaintiff states that he seeks an extension through the time he has completed his sentence, which he estimates to be July 28, 2018, so that he may retain an attorney. Because plaintiff has not shown he is unable to attempt to retain an attorney while he is incarcerated, the court finds plaintiff has not shown good cause for the lengthy extension he seeks. The court will allow plaintiff an additional thirty days to file a response to defendants' motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 70) is granted in part; and

////

////

2. By June 6, 2018, plaintiff shall file and serve his response to defendants' March 5, 2018 motion to enforce settlement.  Any reply shall be filed and served in accordance with Local Rule 230(l).

DATED:  April 27, 2018

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/jone0680.36opp