UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER OLIN JONES,

    Plaintiff,

vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.

No. 2:15-cv-0680 TLN DB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Walter Olin Jones, inmate #2087358, a necessary and material party in proceedings in this case on August 31, 2018, is confined in Rio Cosumnes Correctional Center, in the custody of the Sacramento County Sheriff; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in court, 8th Floor, Courtroom #27, United States District Courthouse, 501 I Street, Sacramento, California on August 31, 2018 at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sacramento County Sheriff to produce the inmate named above to appear in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Sacramento County Sheriff, Rio Cosumnes Correctional Center, 12500 Bruceville Rd., Elk Grove, CA 95757:**

    **WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: July 31, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/Jone0680.841