UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER OLIN JONES, | No. 2:15-cv-0680 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a former county inmate proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. In an order filed August 1, 2018, the undersigned set a status conference for August 31, 2018 to discuss defendants' Motion to Enforce Settlement. (ECF No. 77.) The court issued a writ of habeas corpus ad testificandum to assure plaintiff's presence at the conference. (ECF No. 78.) The writ was served on the Sacramento County Sheriff.

On August 13, 2018, the Sheriff returned the writ and informed the court that plaintiff was no longer in custody. The Sheriff was unable to provide a forwarding address for plaintiff. Plaintiff has not provided the court with a change of address.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The status conference scheduled for August 31, 2018 is vacated; and

////

////

1

2. If plaintiff does not provide the court with a current address within sixty-three days of the date of this order, the court will recommend dismissal of this action. E.D. Cal. R. 183(b).

Dated: August 16, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/jone0680.req add