UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER OLIN JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0680 TLN DB P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. He contends defendants were deliberately indifferent to his medical needs in violation of the Eighth Amendment. In March 2018, defendants filed a Motion to Enforce Settlement. (ECF No. 65.) At that time, plaintiff was represented by counsel. However, shortly after defendants filed their motion, plaintiff terminated his counsel and substituted himself in pro per. (ECF No. 66.) He then filed an opposition to the motion in which he stated he had not agreed to the settlement terms. (ECF No. 72.)

In an order filed June 26, 2018, the court found an evidentiary hearing necessary to resolve factual disputes regarding whether the parties had, in fact, settled. (ECF No. 74.) On July 2, plaintiff filed a notice that he wished to settle on the terms previously set out as long as he did not owe either the courts or his prior counsel any money. (ECF No. 75.) On July 13, defendants

////

1

filed a request for a status conference regarding settlement. The court then set a status conference for August 31, 2018. (ECF No. 77.)

Around the time the court issued a writ of habeas corpus ad testificandum for plaintiff's appearance at the status conference, plaintiff was released from custody. (See ECF No. 80.) Because the court did not then have a forwarding address for plaintiff, the status conference date was vacated and plaintiff was ordered to provide a change of address if he wished to proceed with this action. (Id.) On August 30, plaintiff filed a change of address. Accordingly, the court will re-set the status conference to discuss whether an evidentiary hearing is necessary to determine if the parties have settled this matter.

For the foregoing reasons, IT IS HEREBY ORDERED that the status conference described in the court's August 1, 2018 order is re-scheduled for November 9, 2018 at 10:00 a.m. in courtroom #27 before the undersigned.

Dated: October 11, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/jone0680.sts(2)

2