UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER OLIN JONES,<br><br>          Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>          Defendants. | No. 2:15-cv-0680 TLN DB P<br><br><br><br>ORDER |

Plaintiff is a former prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On November 9, 2018, the undersigned held a status conference to determine whether the parties have reached a settlement or whether an evidentiary hearing is necessary on defendants' motion to enforce the settlement. Nicole Cahill appeared for defendants. There was no appearance for plaintiff.

Based on plaintiff's most-recent filing with the court on the matter, it appears that he is willing to settle this case on the terms described in defendants' motion to enforce settlement. (See ECF Nos. 75, 65.) Therefore, the court made the following orders in court:

1. Within 30 days, defendants' counsel shall file either: (a) a notice of settlement and dismissal of this action signed by both parties or (b) a statement regarding the status of counsel's attempts to obtain a signed settlement agreement.

////

1

2. Based on plaintiff's failure to appear in court for the November 9 status conference, if plaintiff fails to either sign the settlement agreement or, by December 9, 2018, inform the court why he is not willing to do so, the court may recommend dismissal of this action.

IT IS SO ORDERED.

Dated: November 9, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/jone0680.sts conf sett